IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLEY TROY COOLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-cv-00208 Erie |
| ERIE COUNTY SHERIFF ROBERT MERSKI, et al., | ) |
| Defendants. | ) |

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

AND NOW, this 19th day of April, 2012,

IT IS HEREBY ORDERED that this matter having been set for settlement conference before the undersigned on Wednesday, May 9, 2012 at 9:30 a.m., that the Plaintiff, KELLEY TROY COOLEY, is directed to be present in person for said conference,

IT IS FURTHER ORDERED that the Clerk of Court issue a writ of habeas corpus ad testificandum directed to the United States Marshal at Erie, Pennsylvania, and the Superintendent of the State Correctional Institution Laurel Highlands, at Somerset, Pennsylvania, commanding them to have the body of **KELLEY TROY COOLEY, GZ-6863**, at United States District Court, Courtroom No. A, Second Floor, United States Courthouse, 17 South Park Row, Erie, Pennsylvania, on Wednesday, May 9, 2012, at 9:30 a.m. The Superintendent of the State Correctional Institution Laurel Highlands, Somerset, Pennsylvania, shall transport **KELLEY TROY COOLEY, GZ-6863**, to the United States Courthouse, Erie, Pennsylvania, and deliver him to the custody of the United States Marshal who shall retain custody until the proceedings are concluded and then return him to the custody of the Superintendent of the State Correctional Institution Laurel Highlands, Somerset, Pennsylvania.

IT IS FURTHER ORDERED that all costs to be borne in conformity with the determination in <u>Story v. Robinson</u>, 689 F.2d 1176 (3d Cir. 1982), and <u>Garland v. Sullivan</u>, 737 F.2d 1283 (3d Cir. 1984), <u>affirmed</u>, <u>sub</u> <u>nom</u>., <u>Bureau of Corrections v. U.S. Marshal Service</u>, 54 L.W. 4001 (1985).

                                               <u>s/Maurice B. Cohill, Jr.</u>
                                               MAURICE B. COHILL, JR.
                                               SENIOR UNITED STATES DISTRICT JUDGE